UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

William Tucker,

    Petitioner,

        v.                                     Case No. 1:20cv628

Warden, Belmont
Correctional Institution,                    Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on April 30, 2021 (Doc. 19).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 19) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 19) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, the petition for a writ of habeas corpus (under 28 U.S.C. § 2254) by William Tucker is dismissed with prejudice as to all three grounds for relief. Because reasonable jurists would not disagree with this conclusion, Petitioner is denied a certificate of appealability. This Court certifies that any appeal to the United States Court of Appeals for the Sixth Circuit would be objectively frivolous and, accordingly, Petitioner is **DENIED** leave to appeal *in forma pauperis*.

    **IT IS SO ORDERED.**

                                                                  /s/ *Michael R. Barrett*
                                                                  Michael R. Barrett, Judge
                                                                  United States District Court